UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
00-CV-1106(JMR/FLN)

Institutional Financing Services, Inc. )
)
)
v. ) ORDER
)
Lisa Dieltz )

The Court has been advised by counsel that the above entitled action has been settled. Therefore, IT IS ORDERED that:

This action is dismissed with prejudice. In the event the parties wish to file settlement documents, counsel are directed to do so within 15 days.

Dated: May 3, 2000

JAMES M. ROSENBAUM
United States District Judge

FILED MAY 10 2000
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK